| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | **Order Filed on February 21, 2023**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br><br><br>CASE NO.: 22-19197-JKS |
| **In Re:**<br><br>**WARREN P. GREEN,**<br><br>  **Debtor.** | CHAPTER 13<br><br>HEARING DATE: January 12, 2023<br><br>JUDGE: John K. Sherwood |

### ORDER ON SECURED CREDITOR'S
### MOTION FOR PROSPECTIVE RELIEF FROM THE AUTOMATIC STAY
### AS TO 501 MARTENSE AVENUE, TEANECK, NEW JERSEY 07666

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 21, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

22-005226
Green, Warren P.
Order Resolving In Rem MFR

Page **2**
Debtors:    Warren P. Green
Case No.:   22-19197-JKS
Caption of Order: **Order on Secured Creditor's Motion for Prospective Relief from the Automatic Stay as to 501 Martense Avenue, Teaneck, New Jersey 07666**

---

THIS MATTER having come before the Court on the Motion for Prospective Relief from the Automatic Stay (Docket 11) (hereinafter the "Motion") of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 501 MARTENSE AVENUE, TEANECK, NEW JERSEY 07666 (the "Property"), and the Debtor WARREN P. GREEN (the "Debtor"), by and through his counsel Barry Scott Miller, Esq. having opposed the Motion (Docket 15); and for the reasons stated on the record and for good cause shown:

1. Beginning on <u>January 1, 2023</u>, Debtor shall continue making the monthly contractual payment of $<u>2,353.61</u>, or as adjusted for changes in escrow.

2. Within fourteen (14) days of the entry of this Order, Debtor shall open the DMM Portal and provide a complete loss mitigation package. In the event that Secured Creditor requests additional or supplemental documentation through the DMM portal, Debtor shall have five (5) business days to comply

3. In the event that Debtor fails to make the contractual mortgage payments required under paragraph 1 for more than thirty (30) days past the payment due date, Secured Creditor shall be entitled to an order granting it prospective relief from the automatic stay without further notice or hearing.

4. In the event that Debtor fails to open the DMM portal or otherwise provide supplemental documentation as set forth in paragraph 2, Secured Creditor shall be entitled to an order granting it prospective relief from the automatic stay without further notice or hearing.