| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Sindi Mncina, Esq. (237862017  ) | CASE NO.: 22-19197-JKS<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Modified Chapter 13 Plan** |
| **In Re:**<br><br>**Warren P. Green,**<br><br>    **Debtor.** | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S MODIFIED CHAPTER 13 PLAN**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Modified Chapter 13 Plan (DE # 31), and states as follows:

1. Debtor, Warren P. Green, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on November 18, 2022.

2. Secured Creditor holds a security interest in the Debtor's real property located at 501 Martense Ave, Teaneck, NJ 07666, by virtue of a Mortgage recorded on March 1, 2004 in Book 13337, at Page 520 of the Public Records of Bergen County, NJ.  Said Mortgage secures a Note in the amount of $237,000.00.

3. The Debtor filed a Modified Chapter 13 Plan on April 21, 2023.

4. The Plan proposes to cure the pre-petition arrears via a loan modification. Thus far, a loan modification has not been offered or approved by Secured Creditor. The Debtor has failed to provide alternative treatment of Secured Creditor's Claim in the event loss mitigation is unsuccessful. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C §

1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

1. Furthermore, the Plan provides for payments to the trustee over 60 month plan term totaling $95,940.00. This amount is not sufficient to satisfy the actual mortgage arrears, and other secured, administrative and priority claims covered by the Plan, and payment of the required commissions to the Trustee. The Plan does not adequately provide for treatment of the mortgage and the required arrears curing and is not feasible due to the Plan not being adequately funded. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/Sindi Mncina
Sindi Mncina
NJ Bar Number  237862017
Email: smncina@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Sindi Mncina, Esq. (237862017  ) | CASE NO.: 22-19197-JKS<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Modified Chapter 13 Plan** |
| **In Re:**<br><br>**Warren P. Green,**<br><br>     **Debtor.** | |

# CERTIFICATION OF SERVICE

1. I, Sindi Mncina, represent U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION in this matter.

2. On 5/4/2023, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

**OBJECTION TO CONFIRMATION OF DEBTOR'S MODIFIED CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

5/04/2023

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        130 Clinton Road, Suite 202
                                        Fairfield, NJ 07004
                                        Telephone Number 973-575-0707

                                        By: /s/Sindi Mncina

       Sindi Mncina
NJ Bar Number  237862017
Email: smncina@raslg.com

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Barry Scott Miller<br>Barry S. Miller, Esq.<br>1211 Liberty Avenue<br>Hillside, NJ 07205 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Warren P. Green<br>501 Martense Ave.<br>Teaneck, NJ 07666 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |