UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barry S. Miller, Esq.
1211 Liberty Avenue
Hillside, NJ 07205
973-216-7030
bmiller@barrysmilleresq.com
Attorney for Debtor, Warren P. Green

**Order Filed on June 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WARREN P. GREEN

| | |
|---|---|
| Case No.: | 22-19197 |
| Hearing Date: | 6-13-23 |
| Chapter: | 13 |
| Judge: | JKS |

### ORDER AUTHORIZING
### SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

**DATED: June 15, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____501 Martense Avenue, Teaneck, NJ 07666_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional: |
| Amount to be paid: |
| Services rendered: |
| |

**OR**:  ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: Since the Chapter 13 Trustee has sufficient funds on hand to pay the one unsecured creditor, all net proceeds shall be paid to Debtor after payment of standard closing fees, expenses and secured claims but broker's fees and fees owed to the Debtor's real estate attorney shall be paid only pursuant to further court order and may be paid by settlement agent from escrowed funds.  The Debtor's attorney can also be paid the balance of his fee of $750.00 (for filing this motion) and costs at closing.
Furthermore, this order shall not be construed to require the Secured Creditor to participate in a sale of the Subject Property absent payment in full of Secured Creditor's mortgage lien.  This order is void if no sale is complete within ninety (90) days of the entry of this order.

*rev.1/12/22*