UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Warren P. Green

Case No.: 22-19197-JKS

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING APPLICATION FOR PAYMENT
# OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On May 15, 2024 an application ("Application") for unclaimed funds was filed by Warren P. Green ("Claimant") (ECF No. 81), for payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. § 347(a). On June 20, 2024 the attorney for the Claimant submitted a supplemental certification in support of the Claimant's Application (ECF No. 83). The Application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds. Accordingly, it is hereby

**ORDERED** that pursuant to 28 U.S.C. § 2042, the sum of $9,707.02 held in unclaimed funds be made payable to Elisheva Finston c/o Warren P. Green and be disbursed to the payee at the following address:

505 West End Avenue, Apt. 14D
NY, NY 10024

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. Domestic Claimant - A Claimant who is a U.S. person must submit either:
    i. Court Form AO-213P (available on the Court's website); or
    ii. IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

<u>NOTE:</u> If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).